FILED10 MAR '22 15:51USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00088-HZ |
| v. | INDICTMENT |
| MICHAEL BRANDON DEMARRE, | 49 U.S.C. § 46504 |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
(Interference With Flight Crew Members and Attendants)
(49 U.S.C. § 46504)

On or about February 11, 2022, defendant **MICHAEL BRANDON DEMARRE**, on an aircraft in the special aircraft jurisdiction of the United States, namely Delta Airlines Flight 1580 en route from Salt Lake City, Utah, landing in Portland, Oregon, in the District of Oregon, did interfere and attempt to interfere with the performance of the duties of a flight crew member or

///

///

///

flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by knowingly assaulting and intimidating the flight attendant or flight crew member.

All in violation of Title 49, United States Code, Section 46504.

Dated: March 9, 2022

A TRUE BILL

[REDACTED]

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Mira Chernick*

MIRA CHERNICK, MASB #696845
Assistant United States Attorney


Indictment

Page 2